# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:                              In Bankruptcy:

SCOTT EGGLESTON                                Case No. 10-46103-PJS
SHANNON EGGLESTON                              Chapter 7
                                               Hon. PHILLIP J. SHEFFERLY

     Debtor(s)

_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

   The attached check in the amount of $10.59 represents the total sum of under $5.00

dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and

addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Premium Asset Recovery<br>PO Box 1810<br>Warren, MI 48090 | 4 | $3.26 |
| Recovery Management Systems<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 6 | $0.93 |
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374 | 8 | $4.97 |
| Ashley Funding Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 10 | $1.43 |

                   **Total: $4.54**

               Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 04/21/2011