UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:                          In Bankruptcy:

SCOTT EGGLESTON                            Case No. 10-46103-PJS
SHANNON EGGLESTON                          Chapter 7
                                           Hon. PHILLIP J. SHEFFERLY
    Debtor(s)
_____/

## AMENDED NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

  The attached check in the amount of $10.59 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Premium Asset Recovery<br>PO Box 1810<br>Warren, MI 48090 | 4 | $3.26 |
| Recovery Management Systems<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 6 | $0.93 |
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374 | 8 | $4.97 |
| Ashley Funding Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 10 | $1.43 |

                    **Total: $10.59**

                    Respectfully Submitted,

|  |  |
|---|---|
| Dated: 04/29/2011 | /s/ Gene R. Kohut<br>21 Kercheval Avenue, Suite 285<br>Grosse Pointe Farms, MI 48236<br>Phone: (313) 886-9765<br>E-mail: ecftrustee@gktrustee.com<br>[P47413] |